1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH CHARLES GOLDEN,                    No.  2:16-cv-2146 AC P

12              Plaintiff,

13        v.                                   ORDER

14   WILLIAM P. LUKENBILL, et al.,

15              Defendants.

16

17        Plaintiff, a Placer County Jail detainee, has, through counsel, filed a civil rights complaint

18   pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis

19   pursuant to 28 U.S.C. § 1915.  Plaintiff's in forma pauperis application is incomplete.

20        First, although plaintiff has submitted a copy of his jail trust account statement, it is only

21   for the period commencing June 25, 2016.  While this may mark the commencement of plaintiff's

22   incarceration, if he has been incarcerated for a longer period he must submit a copy of his trust

23   account statement for the six-month period immediately preceding the filing of his complaint.

24   See 28 U.S.C. § 1915(a)(2).

25        Second, plaintiff's in forma pauperis application has not been fully completed, e.g., no

26   answers are provided on the second page of the application.  Plaintiff will be provided another

27   opportunity to submit a fully completed application to proceed in forma pauperis.

28   ////

                                        1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court shall send to plaintiff's counsel, together with a copy of this order, a blank copy of the in forma pauperis application used by prisoners in this district.

2.  Plaintiff shall, within thirty days from the filing date of this order, submit a fully completed in forma pauperis application that includes a copy of his trust account statement for the six-month period immediately preceding the filing of his complaint, or file a statement indicating why the six-month period does not apply in this case.

3.  Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 15, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2