UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CHARLES GOLDEN, | No. 2:16-cv-2146 AC P |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM P. LUKENBILL, | |
| Defendant. | |

In light of the parties' stipulation agreeing that defendant Lukenbill be granted additional time to respond to plaintiff's complaint, see ECF No. 16, IT IS HEREBY ORDERED that defendant shall file and serve his response to the complaint on or before November 7, 2017.

SO ORDERED.

DATED: September 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE